March 9, 2021

Dear your honor

  I am writing to say that I disagree with my lawyers position I do not believe they should be able to leave me at this point when we have come to a point where I don't have that much recourse we were all set and ready to go to file for an arbitration when one of my attorneys Adam told me that they had no arbitration experience that their partner Matthew did when I then asked that Matthew could help him with the case he said yes I put this in writing in an email and somewhere along the line they got offended and wanted to withdraw as my attorneys and wanted me to go in to arbitration alone after we had already agreed that that they will take me into arbitration. I asked to meet with them several times through zoom and was denied we have never met face-to-face after I had asked I only was contacted after 5 PM 7 PM 8 PM random times of the night to handle my case but was told I was a top priority and to *leave me* at this point I feel is very unethical and I would like to have a mediation with them and I feel like they should finish what they start or at least he could've gave the case to Matthew who had experience. They did give me referrals to other attorneys but my fear with this is that the other attorneys could not would not take me at this point when the case has already been handled and took it out of EEOC. also it concerns me that I offered to pay them but they said only if I leave them first then come back after I can't find someone. When I asked Adam why was it took it out of EEOC and close instead of took it out of EEOC with the right to sue later and kept open for mediation he said he doesn't know. I have to ask the investigator so a lot of times I was hit with questions if they don't know and then when I asked further just so I can get an understanding it seemed to irritate them and I am sorry and I apologize several times for irritating them but it does not seem to work and to withdrew as my lawyers and I'm trying to figure out what to do about this I am a cosmetologist I'm not a lawyer and out I'm really lost. Please help! thank you for taking the time to listen to me and respond whenever you can

Sincerely,

Devon Petway

130 5th st se apt 1102 Barberton Ohio 44203
234-303-9865
Here is my contact info

**FILED**
2:09 pm Mar 12 2021
**Clerk U.S. District Court**
**Northern District of Ohio**
**Akron**

RECEIVED
MAR 12 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

5:21cv312

Devon Petway
130 5th St SE apt 1102
Barberton OH 44203

John S Seiberling att Judge Adams
2 S. Main St Room 568
Akron Ohio, 44308

CLEVELAND OH 440
9 MAR 2021 PM 2 L

44308-181143